ACCEPTED
14-15-00503-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 3:11:51 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00503-CR

In the
Court of Appeals
For the
Fourteenth Judicial District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 3:11:51 PM
CHRISTOPHER A. PRINE
Clerk

——————◆——————

## No. 1311548

In the 208th District Court of
Harris County, Texas

——————◆——————

**THE STATE OF TEXAS**
*Appellant*
v.
**PASTOR ISREAL DIAZ-BONILLA**
*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

——————◆——————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 208th District Court of Harris County, Texas, in The State of Texas v. Pastor Isreal Diaz-Bonilla, Cause Number 1311548, appellee was charged with engaging in organized criminal activity.

2. Appellee pleaded guilty and was sentenced to thirty-five years incarceration. However, the trial court granted appellee's motion for new trial.

3. The State filed a timely notice of appeal.

4. The State's brief was due on August 31, 2015.

5. An extension of time in which to file the State's brief is requested until September 8, 2015.

6. Two previous extensions have been requested by the State.

7. The facts relied upon to explain the need for this extension are:

   a) The undersigned attorney has been unable to finish writing the State's brief in this case since the last requested extension of time was granted by this Court.

   b) The undersigned attorney has finished writing the State's briefs in the following case since being assigned to this case:

      (1) Cause Number 14-14-00874-CR, *Charles Roberts, Appellant v. The State of Texas, Appellee*, filed on July 9, 2015;

      (2) Cause Number 04-14-01010-CR, *Marcus D. Jackson, Appellant v. The State of Texas, Appellee*, filed on July 29, 2015;

(3) Cause Number 14-14-01008-CR, *Mary Kuol, Appellant, v. The State of Texas, Appellee*, filed on July 30, 2015; and

(4) and Cause Number 14-15-00405-CR, *Jermaine Lewis, Appellant, v. The State of Texas, Appellee.*

c) The undersigned attorney is also currently engaged in the preparation of the State's Brief in the following appellate cause numbers:

(1) Cause Number 01-14-00885-CR, *Abner Washington, Appellant v. The State of Texas, Appellee*;

(2) Cause Number 14-14-00375-CR, *Frank Distefano, Appellant, v. The State of Texas, Appellee*; and

(3) Cause Numbers 01-15-00324-CR and 01-15-00325-CR, *Astin Chavers Clark, Appellant, v. The State of Texas, Appellee.*

WHEREFORE, the State prays that this Court will grant an extension of time until September 8, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to appellant's attorney on August 31, 2015 through TexFile:

Randy Schaffer
Attorney at Law
1301 McKinney, Suite 3100
Houston, Texas 77010
noguilt@swbell.net

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net
curry_alan@dao.hctx.net

Date:  August 31, 2015